No. 2825.—EL PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Arecibo. Jun. 17, 1926.

POR CUANTO, de acuerdo con el artículo 298 del Código de Enjuiciamiento Criminal, esta corte en ausencia del juez que conoció del caso, tiene facultad para aprobar un pliego de excepciones;

POR CUANTO, el apelante ha obtenido una transcripción de la evidencia de conformidad con la Ley No. 4 de 1925, leyes de ese año, página 109;

POR CUANTO, el juez de distrito de Arecibo ante quien se celebró el juicio se halla ausente;

POR CUANTO, la transcripción está certificada por el taquígrafo oficial y es correcta según estipulación de las partes;

POR TANTO, en virtud de nuestro poder judicial general y también por analogía, del artículo 298 del Código de Enjui-

ciamiento Criminal, se aprueba la dicha transcripción de la evidencia.